IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RANDY EARL JOY
by Mother and Next Friend, Gloria Jean Joy     PLAINTIFF

V.                                              NO. 3:13CV93-SA-JMV

COMMISSIONER OF SOCIAL SECURITY                 DEFENDANT

## ORDER REQUIRING SUPPLEMENTAL AFFIDAVIT

Before the court in this Social Security case is Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* and supporting Affidavit [2]. Plaintiff, Gloria Jean Joy, has filed this action on behalf of her minor son, Randy Earl Joy. However, while the supporting Affidavit contains financial information for the minor child, Plaintiff has failed to include any of her own financial information. Accordingly, the court is unable to discern whether Plaintiff is unable to pay the costs associated with this action. Therefore,

**IT IS ORDERED**:

That within 14 days of this date, Plaintiff shall provide a supplemental affidavit in support of her ifp application.

**THIS**, the 5th day of April, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE