IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RANDY EARL JOY**
by Mother and Next Friend, Gloria Jean Joy                              **PLAINTIFF**

V.                                                                                            NO. 3:13CV93-SA-JMV

**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated July 22, 2013, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated July 22, 2013, is hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's Motion to Dismiss Appeal [14] is GRANTED, and this case is hereby DISMISSED.

**THIS**, the 30th day of August, 2013.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**